IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Andrew Plummer, # 299191,  ) | C.A. No. 8:10-1966-TLW-BHH |
| ) | |
| Plaintiff,  ) | |
| ) | |
| -versus-  ) | ORDER |
| ) | |
| Sheriff Investigator Orr;  ) | |
| SCDC Warden George T. Hagan;  ) | |
| Dir. Ozmint;  ) | |
| Sheriff Investigator Braham;  ) | |
| Elaine Sabb, Clerk of Court for Allendale  ) | |
| Magistrate Court; and  ) | |
| Attorney Woodrow Gooding, Jr.,  ) | |
| within their individual and official capacities,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bruce Howe Hendricks, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In her Report, Magistrate Judge Hendricks recommends that the plaintiff's motion for default (Doc. # 45) be denied. (Doc. # 48). The Report was filed on December 14, 2010. No objections to the Report have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of

1

2

the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 48), and plaintiff's motion for default judgment is **DENIED**.  (Doc. # 45).

**IT IS SO ORDERED.**

          s/ Terry L.Wooten
          **TERRY L. WOOTEN**
          **UNITED STATES DISTRICT JUDGE**

January 27, 2011
Florence, South Carolina